## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 30th**, 20 **25** while exercising my duties as a law enforcement officer in the **Eastern** District of **Michigan**

Subject was observed by this
officer on various occasions
while not following posted
law between bus vehicles

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/05/2025** _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/08/2025 16:24

---

## United States District Court
### Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI 51 | E1007371 | Caswell | 1678 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 05/30/2025 2045 | 18 USC 113 (A)(5) |

Place of Offense: 2215 Fuller Rd.
Ann Arbor, MI 48105

Offense Description: Factual Basis for Charge  HAZMAT ☐

Simple Assault - Physical
Contact

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| (illegible) | Jewarri | D |

Street Address: 813 Fernham Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Lincoln Park | MI | 48146 | 04/04/1973 |

| Driver's License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 14403716149278 | | MI | |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | (illegible) | Br | 5'10 | 260 |

**VEHICLE** VIN: _____  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: _____

Original - CVB Copy

*E1007371*

CVB SCAN 07/08/2025 16:24